IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK TWAIN MORTON, #239927, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-885-WKW |
| | ) | |
| ARNOLD HOLT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 28), and upon an independent review of the file, it is ORDERED that the Recommendation is adopted and that:

1. Defendants' Motions for Summary Judgment (Docs. # 14 & 19) are GRANTED;

2. Judgment is ENTERED in favor of Defendants Arnold Holt and Richard Allen;

3. The costs of this proceeding are TAXED against Plaintiff Mark Twain Morton; and

4. This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 23rd day of February, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE